UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: Mariel Rivera Delgado

BK. CASE # 10-06837

CHAPTER 13

DEBTOR(S)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: July 30, 2010
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

## I. PAYMENT PLAN SCHEDULE

$ 3,735 . 60 = 224,100.00
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = 224,100.00

Additional Payments:
$ 30,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from
☐ Sale of property identified as follows:
_____
☐ Other: _____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 224,100.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,924.00
b. Additional Fees: $ —
c. Adjusted Balance: $ 1,924.00

Signed: Mariel Rivera Delgado
DEBTOR

JOINT DEBTOR

## II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. Doral Bank      Cr. Doral Bank      Cr. First Bank
# 9100007444        # 9700000494        # 73-86-71377247
$ 6,870.00          $ 1,400.00          $ 4,750.00

2. ☐ Trustee pays IN FULL Secured Claims
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: Coop. Rosevelt Rd. - Shares / Mass Mutual Fin. Group.
5. ☐ OTHER: _____
6. ☑ Debtor Otherwise maintains regular payments directly to: Doral Bank Mortg. and Mortg/Con· El Milenio Maint. Fee, First Bank

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
Treasury   (11 U.S.C. § 507 and § 1322 (a)(2))   IRS
$ 14,319.00                                       $ 49,969.00

D. UNSECURED CLAIMS. Plan ☐ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
   ☐ Paid 100% / ☐ Other: _____
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
(b) ☐ Other: _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
Attorney's fees to be paid first.
Any tax refund will be devoted until plan completion.

ATTORNEY FOR DEBTOR: Ramon F. Lopez, ESQ          Phone: (787) 276-0196